### CITY OF SAPULPA et al. v. CARNES.

No. 20804. Opinion Filed Feb. 14, 1933.

C. B. Rockwood, R. K. Robertson, and George H. Jennings, for plaintiffs in error.

Edgerton & Vickers and Walker & Lewis, for defendant in error.

PER CURIAM. Under the rule announced in Loomer v. Scott, 43 Okla. 212, 141 P. 1107, when the question on appeal has become moot, the case should be dismissed, and it is so ordered.

### CHASE v. BYRNES et al.

No. 21958. Opinion Filed Feb. 14, 1933.

E. G. Wilson, for plaintiff in error.

Christy Russell and D. Clayton Arnold, for defendants in error.

PER CURIAM. This is an attempted appeal from the order of the district court of Tulsa county, Okla., made on the 17th day of June, 1930, and a motion to dismiss has been filed in which it is urged that this is not a final order of the court under the statute regulating appeals and the rule of this court announced in Grunawalt v. Grunawalt, 24 Okla. 756, 104 P. 905, and similar cases.

It appears that such is the case, and no election having been made to stand upon the original petition or to the amended petition and a final judgment obtained, the appeal is premature and the cause is dismissed.